| | |
|---|---|
| CAROL RAY and<br>JASON RAY | DOCKET NO.: 81348  DIV.: D |
| VERSUS | 18th JUDICIAL DISTRICT COURT |
| THE TRAVELERS INDEMNITY<br>COMPANY OF AMERICA,<br>AEROCOM SYSTEMS, INC., AND<br>JOSEPH A. MCLAUGHLIN | PARISH OF IBERVILLE<br><br>PARISH OF IBERVILLE<br>STATE OF LOUISIANA |

## PETITION FOR DAMAGES

NOW INTO COURT, comes CAROL RAY and JASON RAY, persons of full age and majority residing in Lafayette Parish, Louisiana, who with respect represent the following:

1.

Made Defendants herein are:

A. **JOSEPH A. MCLAUGHLIN,** upon information and belief a resident of the State of Texas, a person of the lawful age of majority domiciled and residing in Chambers County, State of Texas, who can be served via the Louisiana Long Arm Statute at his place of residence, 2235 Water Way, Seabrook, TX 77586;

B. **AEROCOM SYSTEMS, INC.,** upon information and belief, a foreign corporation not authorized to do business in the State of Louisiana, which may be served via the Louisiana Long Arm Statute through its registered agent, Melissa B. Perry at 4052 Thurmon Tanner Parkway, Flowery Branch, GA, 30542;

C. **THE TRAVELERS INDEMNITY COMPANY OF AMERICA,** upon information and belief, a foreign insurance company not authorized to do business in the State of Louisiana, which may be served via the Louisiana Long Arm Statute through its registered agent for service of process, Corporation Service Company, 211 East 7th Street, Suite 620, Austin, TX 78701.

2.

The above-named defendants are justly and truly indebted, jointly and *in solido*, unto Petitioners for damages, injuries, and losses sustained, together with legal interest from the date of judicial demand, costs of these proceedings, and other general and equitable relief described herein for the reasons described hereinafter.

3.

Venue and jurisdiction are proper as the subject accident occurred within the jurisdictional limits of this court.

4.

On or about February 18, 2021, at approximately 3:21 PM, JASON RAY was operating a 2004 Ford F250, with CAROL RAY as passenger, which was traveling west in the right lane on Interstate 10 in Iberville Parish, Louisiana. At that same time, JOSEPH A. MCLAUGHLIN was operating a 2017 Ford F150, also traveling west behind the vehicle operated by JASON RAY in the right lane on Interstate 10 in Iberville Parish, Louisiana.

5.

Suddenly and without warning, the vehicle operated by JOSEPH A. MCLAUHGLIN failed to stop behind the vehicle operated by JASON RAY with CAROL RAY as passenger, causing him to crash into rear end of the vehicle operated by JASON RAY.

6.

The collision caused by the negligence of JOSEPH A. MCLAUGHLIN caused serious injuries to JASON RAY and CAROL RAY.

7.

In no way did JASON RAY or CAROL RAY contribute to any cause of this accident.

8.

Upon information and belief, at the time of the accident, JOSEPH A. MCLAUGHLIN was in the course and scope of his employment with AEROCOM SYSTEMS, INC.

9.

The collision described above was caused solely and proximately by the recklessness, carelessness, negligence and fault of JOSEPH A. MCLAUGHLIN in the following, non-exclusive, particulars, to-wit:

      A.    In failing to keep a proper look out;

      B.    In failing to keep the vehicle under proper control;

      C.    In operating the vehicle in a wanton and reckless manner with no regard for the rights and safety of others;

      D.    In traveling into the vehicle operated by JASON RAY;

      E.    In failing to yield;

      F.    In failing to see what he should have seen and if having seen, in failing to heed;

      G.    In failing to stop;

      H.    In violating the traffic laws of the State of Louisiana; and

    I.    Any and all other acts and omissions to be proven through discovery or at the trial of this matter, all of which were in contravention of the exercise of due care and procedure.

10.

AEROCOM SYSTEMS, INC., is vicariously liable for the negligent actions of its employee, JOSEPH A. MCLAUGHLIN. Petitioners allege that a substantial cause of the above-described accident was the fault and/or negligence AEROCOM SYSTEMS, INC., which is described in part but not exclusively as follows:

    a.    Failing to provide proper driver training;

    b.    Failing to employ a safe and competent driver;

    c.    Failing to have a proper safety or accident provision program;

    d.    Failing to provide reasonable testing, training or professional driving instruction;

    e.    Failure to properly instruct drivers; and

    f.    Any and all others acts and omissions to be proven through discovery or at the trial of this matter, all of which were in contravention of the exercise of due care and procedure, including but not limited to violations of federal, state and municipal regulations, statutes and ordinances.

11.

Petitioners are informed, believe, and therefore allege that at the time of the accident the defendant, THE TRAVELERS INDEMNITY COMPANY OF AMERICA, had issued a liability insurance policy to AEROCOM SYSTEMS, INC., insuring JOSEPH A. MCLAUGHLIN and/or AEROCOM SYSTEMS, INC., and the vehicle JOSEPH A. MCLAUGHLIN operated, and under the laws of the State of Louisiana, was in full force and effect at the time of the accident, and which insurance inures to the benefit of Petitioners under the provisions of the Louisiana Direct Action Statute, L.A. R.S. 22:1269.

12.

Petitioners further allege on information and belief that under the terms of the said policy, THE TRAVELERS INDEMNITY COMPANY OF AMERICA obligated itself to pay any and all damages caused to others as a result of the negligence of JOSEPH A. MCLAUGLIN and/or AEROCOM SYSTEMS, INC. in the operation of said vehicle, and the vehicle being driven by JOSEPH A. MCLAUGHLIN, described above, was covered by said policy at the time of said collision.

13.

THE TRAVELERS INDEMNITY COMPANY OF AMERICA, JOSEPH A. MCLAUGHLIN and AEROCOM SYSTEMS, INC., are therefore liable, *in solido*, unto Petitioners in said collision, which is itemized and set out hereafter.

14.

As a result of the combined fault and/or negligence of the defendants in causing the aforementioned accident, Petitioner CAROL RAY, suffered serious and disabling injuries to various parts of her body, including, but not limited to, the following: neck, back, head, arms, hands, legs, general soreness to her entire body, and any and all and all other injuries to be shown upon trial of this matter.

15.

As a result of the accident sued upon herein, Petitioner, CAROL RAY, suffered the following damages:

    A.    Physical pain and suffering - past, present and future;

    B.    Mental pain, anguish, and distress - past, present and future;

    C.    Medical expenses - past, present, and future;

    D.    Loss of enjoyment of life - past, present and future;

    E.    Disability - past, present and future;

    F.    Impairment of earning capacity - past, present and future;

    G.    Any and all other damages which shall be proven at trial of this matter.

16.

Petitioner herein, CAROL RAY, is therefore entitled to damages for the items set forth above in such amounts as are reasonable in the premises.

17.

As a result of the combined fault and/or negligence of the defendants in causing the aforementioned accident, Petitioner JASON RAY, suffered serious and disabling injuries to various parts of his body, including, but not limited to, the following: neck, back, head, arms, hands, legs, general soreness to his entire body, and any and all and all other injuries to be shown upon trial of this matter.

18.

As a result of the accident sued upon herein, Petitioner, JASON RAY, suffered the following damages:

    A.    Physical pain and suffering - past, present and future;

    B.    Mental pain, anguish, and distress - past, present and future;

    C.    Medical expenses - past, present, and future;

    D.    Loss of enjoyment of life - past, present and future;

    E.    Disability- past, present and future;

    F.    Impairment of earning capacity- past, present and future;

    G.    Any and all other damages which shall be proven at trial of this matter.

19.

Petitioner herein, JASON RAY, is therefore entitled to damages for the items set forth above in such amounts as are reasonable in the premises.

20.

Pursuant to the provisions of the Louisiana Code of Civil Procedure, Article 1423, et sec., Petitioners are entitled to a certified copy of any insurance policies issued to and/or otherwise insuring JOSEPH A. MCLAUGHLIN and/or AEROCOM SYSEMS, INC., for the claims made by Petitioners herein. Petitioners herein request a certified copy of any and all such policies of insurance within thirty (30) days of service of the petition upon them.

WHEREFORE, Petitioners pray that the defendants be served with a copy of this petition and citation, and after all legal delays and due proceedings had, there be judgment in favor of the Petitioners, CAROL RAY and JASON RAY and against the defendants THE TRAVELERS INDEMNITY COMPANY OF AMERICA, JOSEPH A. MCLAUGHLIN and AEROCOM SYSTEMS, INC.,, jointly, severally, and *in solido* for compensatory damages in an amount that will fully and adequately satisfy the demands of justice and equity, together with legal interest thereon from date of judicial demand, until paid, and for all cost of these proceedings.

Respectfully Submitted:

**GORDON MCKERNAN INJURY ATTORNEYS**

_____
Tucker Wagner Nims (37821)
Attorney for CAROL RAY and
JASON RAY
2505 Verot School Road
Lafayette, LA 70508
Phone:    (337) 735-8009
Facsimile: (337) 704-2805
tucker@getgordon.com

**PLEASE SERVE:**

**JOSEPH A. MCLAUGHLIN,**
Through Louisiana Long Arm Statute

**AEROCOM SYSTEMS, INC.**
Through Louisiana Long Arm Statute

**THE TRAVELERS INDEMNITY COMPANY OF AMERICA**
Through Louisiana Long Arm Statute





A TRUE COPY
DATE 2-3-22
Deputy Clerk, Ex-Officio, Recorder, Iberville Parish, Louisiana

| | |
|---|---|
| CAROL RAY and<br>JASON RAY | DOCKET NO.: 81348   DIV.: D |
| VERSUS | 18th JUDICIAL DISTRICT COURT |
| THE TRAVELERS INDEMNITY<br>COMPANY OF AMERICA,<br>AEROCOM SYSTEMS, INC., AND<br>JOSEPH A. MCLAUGHLIN | PARISH OF IBERVILLE<br><br>PARISH OF IBERVILLE<br>STATE OF LOUISIANA |

## REQUEST FOR NOTICE

Please take notice that TUCKER W. NIMS, attorney for Petitioners, does hereby request written notice of the date of trial of the above matter as well as notice of hearings (whether on merits or otherwise), orders, judgments, and interlocutory decrees, and any and all formal steps taken by the parties herein, the Judge or any member of Court, as provided in Louisiana Code of Civil Procedure of 1960, particularly Articles 1572, 1913, and 1914.

Respectfully Submitted:

GORDON MCKERNAN INJURY ATTORNEYS

_____
Tucker Wagner Nims (37821)
Attorney for CAROL RAY and
JASON RAY
2505 Verot School Road
Lafayette, LA 70508
Phone:    (337) 735-8009
Facsimile:  (337) 704-2805
tucker@getgordon.com

2022 FEB -3 P 2:47
DY CLERK-EX OFFICIAL
IBERVILLE, LOUISIANA

A TRUE COPY
DATE 2·3·22
Deputy Clerk, Ex-Officio, Recorder, Iberville Parish, Louisiana